JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSV, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HPR DISTRIBUTORS, LLC, ET AL., <br><br> Defendants. | CV 21-8598 PA (MRWx) <br><br> JUDGMENT |

Pursuant to the Court's March 28, 2022 Minute Order granting the Motion to Dismiss filed by defendant HPR Distributors, LLC ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED: March 28, 2022

                                                Percy Anderson
UNITED STATES DISTRICT JUDGE